**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MYKEY TECHNOLOGY INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-443-LDD |
| ) | |
| CPR TOOLS, INC., INTELLIGENT COMPUTER ) | **JURY TRIAL DEMANDED** |
| SOLUTIONS, INC., LOGICUBE, INC., ) | |
| ) | |
| Defendants. ) | |

**MYKEY TECHNOLOGY INC.'S**
**ANSWER TO LOGICUBE INC.'S COUNTERCLAIMS**

Plaintiff and Counter-Defendant MyKey Technology, Inc. ("MyKey") hereby answers Defendant and Counterclaimant Logicube, Inc.'s ("Logicube") Counterclaims dated September 13, 2011 as follows:.

**COUNTERCLAIMS**

1. On information and belief, MyKey admits the allegations of paragraph 1 of the Counterclaims.

2. MyKey admits the allegations of paragraph 2 of the Counterclaims.

3. MyKey admits the allegations of paragraph 3 of the Counterclaims.

**RESPONSE TO COUNTERCLAIM 1**
**DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT 6,813,682**

4. MyKey incorporates its response to the allegations of paragraphs 1-3 of the Counterclaims as if set forth herein.

5. MyKey denies the allegations of paragraph 5 of the Counterclaims.

6. MyKey denies the allegations of paragraph 6 of the Counterclaims.

7. To the extent a response is required, MyKey denies that Logicube is entitled to any such relief as alleged in paragraph 7 of the Counterclaims.

## RESPONSE TO COUNTERCLAIM II
## DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT 7,159,086

8. MyKey incorporates its response to the allegations of paragraphs 1-3 of the Counterclaims as if set forth herein.

9. MyKey denies the allegations of paragraph 9 of the Counterclaims.

10. MyKey denies the allegations of paragraph 10 of the Counterclaims.

11. To the extent a response is required, MyKey denies that Logicube is entitled to any such relief as alleged in paragraph 11 of the Counterclaims.

## RESPONSE TO COUNTERLAIM III
## DECLARATORY JUDGMENT OF INVALIDITY OF THE '682 PATENT

12. MyKey incorporates its response to the allegations of paragraphs 1-3 of the Counterclaims as if set forth herein.

13. MyKey denies the allegations of paragraph 13 of the Counterclaims.

14. MyKey denies the allegations of paragraph 14 of the Counterclaims.

15. MyKey denies the allegations of paragraph 15 of the Counterclaims.

16. MyKey denies the allegations of paragraph 16 of the Counterclaims.

17. MyKey denies the allegations of paragraph 17 of the Counterclaims.

18. To the extent a response is required, MyKey denies that Logicube is entitled to any such relief as alleged in paragraph 18 of the Counterclaims.

## RESPONSE TO COUNTERLAIM IV
## DECLARATORY JUDGMENT OF INVALIDITY OF THE '086 PATENT

19. MyKey incorporates its response to the allegations of paragraphs 1-3 of the Counterclaims as if set forth herein.

20. MyKey denies the allegations of paragraph 20 of the Counterclaims.

21. MyKey denies the allegations of paragraph 21 of the Counterclaims.

22. MyKey denies the allegations of paragraph 22 of the Counterclaims.

23. To the extent a response is required, MyKey denies that Logicube is entitled to any such relief as alleged in paragraph 23 of the Counterclaims.

## PRAYER FOR RELIEF

MyKey requests that:

1. Logicube's counterclaims be dismissed with prejudice;

2. Judgment be entered in favor of MyKey that each of the claims of the U.S. Patent Nos. 6,813,682 and 7,159,086 is valid and infringed;

3. Logicube's prayer for attorneys' fees and cost be denied; and

4. The Court award MyKey the relief sought in its Complaint.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Robert Freitas
Steven Baik
James Lin
Qudus Olaniran
FREITAS, TSENG, BAIK AND KAUFMAN L.L.P.
100 Marine Parkway, Suite 200
Redwood City, CA 94065
Tel:  (650) 593-6300

By: */s/ David E. Moore*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19801
    Tel:  (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

Dated:  October 4, 2011
1029961 / 36937

*Attorneys for Plaintiff MyKey Technology Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**<u>CERTIFICATE OF SERVICE</u>**

I, David E. Moore, hereby certify that on October 4, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on October 4, 2011, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Kurt M. Heyman<br>Dominick T. Gattuso<br>Proctor Heyman LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801<br>kheyman@proctorheyman.com<br>dgattuso@proctorheyman.com<br>*Attorneys for Defendant CPR Tools Inc.* | Jonathan L. Rubin<br>Rubin PLLC<br>1250 24th Street, N.W., Ste. 300<br>Washington, DC  20037<br>jr@rubinpllc.com<br>*Attorneys for Defendant CPR Tools Inc.* |
| Francis DiGiovanni<br>Thatcher A. Rahmeier<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 N. Orange Street<br>Wilmington, DE  19899<br>fdigiovanni@cblh.com<br>trahmeier@cblh.com<br>*Attorneys for Defendant Intelligent Computer Solutions, Inc.* | Mark Mizrahi<br>Wolf, Rifkin, Shapiro, Schulman &<br>Rabkin, LLP<br>11400 W. Olympic Blvd., 9th Floor<br>Los Angeles, CA  90064<br>mmizrahi@wrslawyers.com<br>*Attorneys for Defendant Intelligent Computer Solutions, Inc.* |
| Daniel A. Griffith<br>Whiteford, Taylor & Preston, L.L.C.<br>1220 N. Market Street, Suite 608<br>Wilmington, DE 19801<br>dgriffith@wtplaw.com<br>*Attorneys for Defendant Logicube Inc.* | Mark A. Goldstein<br>SoCal IP Law Group LLP<br>Westlake Village, CA  91362<br>mgoldstein@socalip.com<br>*Attorneys for Defendant Logicube Inc.* |

- 2 -

                By:   */s/ David E. Moore*
                       Richard L. Horwitz
                       David E. Moore
                       POTTER ANDERSON & CORROON LLP
                       Tel:  (302) 984-6000
                       rhorwitz@potteranderson.com
                        dmoore@potteranderson.com

1024591/36937/11-443