UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MYKEY TECHNOLOGY, INC., <br>     Plaintiffs, <br> vs. <br> CPR TOOLS, INC. INTELLIGENT COMPUTER SOLUTIONS, INC., LOGICUBE, INC., <br>     Defendants. | Civil Action No: 11-cv-443-LDD <br><br> JURY TRIAL DEMANDED |

## ANSWER OF DEFENDANT, LOGICUBE, INC.

## TO FIRST AMENDED COMPLAINT

Defendant, Logicube, Inc., ("Logicube") by and through the undersigned counsel hereby responds to the First Amended Complaint ("FAC") filed by MyKey Technology, Inc. ("MyKey"). All allegations, averments, statements, and assertions that are not expressly admitted herein are denied.

### THE PARTIES

1. Logicube is without knowledge and information sufficient to form a belief as to the allegations of paragraph 1 of the FAC.

2. Logicube is without knowledge and information sufficient to form a belief as to the allegations of paragraph 2 of the FAC.

3. Logicube is without knowledge and information sufficient to form a belief as to the allegations of paragraph 3 of the FAC.

4. Logicube admits the allegations of paragraph 4 of the FAC.

## JURISDICTION AND VENUE

5. Logicube admits that the FAC purports to assert a claim for patent infringement and purports to assert that subject matter jurisdiction is proper in the allegations of paragraph 5 of the FAC.

6. Logicube admits that it does business in this district and admits the allegations of paragraph 6 of the FAC as to Logicube only. Logicube is without knowledge and information sufficient to form a belief as to the allegations of paragraph 6 of the FAC as to the other Defendants.

7. That venue is proper is a legal conclusion to which no response is required; Logicube denies the remaining allegations of paragraph 7.

## BACKGROUND

8. Logicube is without knowledge and information sufficient to form a belief as to the allegations of paragraph 8 of the FAC.

9. Logicube is without knowledge and information sufficient to form a belief as to the allegations of paragraph 9 of the FAC.

10. Logicube is without knowledge and information sufficient to form a belief as to the allegations of paragraph 10 of the FAC.

11. Logicube is without knowledge and information sufficient to form a belief as to the allegations of paragraph 11 of the FAC.

## COUNT I

### INFRINGEMENT OF THE '682 PATENT

12. No response is required to paragraph 12 of the FAC.

13. Logicube is without knowledge and information sufficient to form a belief as to the allegations of paragraph 13 of the FAC.

14. Logicube is without knowledge and information sufficient to form a belief as to the allegations of paragraph 14 of the FAC.

15. Logicube is without knowledge and information sufficient to form a belief as to the allegations of paragraph 15 of the FAC.

16. Logicube is without knowledge and information sufficient to form a belief as to the allegations of paragraph 16 of the FAC.

17. Logicube is without knowledge and information sufficient to form a belief as to the allegations of paragraph 17 of the FAC.

18. Logicube is without knowledge and information sufficient to form a belief as to the allegations of paragraph 18 of the FAC.

19. Logicube is without knowledge and information sufficient to form a belief as to the allegations of paragraph 19 of the FAC.

20. Logicube is without knowledge and information sufficient to form a belief as to the allegations of paragraph 20 of the FAC.

21. Logicube is without knowledge and information sufficient to form a belief as to the allegations of paragraph 21 of the FAC.

22. Logicube is without knowledge and information sufficient to form a belief as to the allegations of paragraph 22 of the FAC.

23. Logicube admits that it sells a product under the name FORENSIC DOSSIER in the United States. Otherwise, Logicube denies the allegations of paragraph 23 of the FAC.

24. Logicube denies the allegations of paragraph 24 of the FAC.

25. Logicube denies the allegations of paragraph 25 of the FAC.

26. Logicube denies the allegations of paragraph 26 of the FAC.

27. Logicube denies the allegations of paragraph 27 of the FAC.

28. Logicube denies the allegations of paragraph 28 of the FAC.

## COUNT II

### INFRINGEMENT OF THE '086 PATENT

29. No response is required to paragraph 29 of the FAC.

30. Logicube is without knowledge and information sufficient to form a belief as to the allegations of paragraph 30 of the FAC.

31. Logicube is without knowledge and information sufficient to form a belief as to the allegations of paragraph 31 of the FAC.

32. Logicube is without knowledge and information sufficient to form a belief as to the allegations of paragraph 32 of the FAC.

33. Logicube is without knowledge and information sufficient to form a belief as to the allegations of paragraph 33 of the FAC.

34. Logicube is without knowledge and information sufficient to form a belief as to the allegations of paragraph 34 of the FAC.

35. Logicube is without knowledge and information sufficient to form a belief as to the allegations of paragraph 35 of the FAC.

36. Logicube is without knowledge and information sufficient to form a belief as to the allegations of paragraph 36 of the FAC.

37. Logicube is without knowledge and information sufficient to form a belief as to the allegations of paragraph 37 of the FAC.

38. Logicube is without knowledge and information sufficient to form a belief as to the allegations of paragraph 38 of the FAC.

39. Logicube is without knowledge and information sufficient to form a belief as to the allegations of paragraph 39 of the FAC.

40. Logicube admits that sells a product under the name FORENSIC DOSSIER in the United States. Otherwise, Logicube denies the allegations of paragraph 40 of the FAC.

41. Logicube denies the allegations of paragraph 41 of the FAC.

42. Logicube denies the allegations of paragraph 42 of the FAC.

43. Logicube denies the allegations of paragraph 43 of the FAC.

44. Logicube denies the allegations of paragraph 44 of the FAC.

45. Logicube denies the allegations of paragraph 45 of the FAC.

## COUNT III

### INFRINGEMENT OF THE '379 PATENT

46. No response is required to paragraph 46 of the FAC.

47. Logicube is without knowledge and information sufficient to form a belief as to the allegations of paragraph 47 of the FAC.

48. Logicube is without knowledge and information sufficient to form a belief as to the allegations of paragraph 48 of the FAC.

49. Logicube is without knowledge and information sufficient to form a belief as to the allegations of paragraph 49 of the FAC.

50. Logicube is without knowledge and information sufficient to form a belief as to the allegations of paragraph 50 of the FAC.

51. Logicube is without knowledge and information sufficient to form a belief as to the allegations of paragraph 51 of the FAC.

52. Logicube is without knowledge and information sufficient to form a belief as to the allegations of paragraph 52 of the FAC.

53. Logicube is without knowledge and information sufficient to form a belief as to the allegations of paragraph 53 of the FAC.

54. Logicube is without knowledge and information sufficient to form a belief as to the allegations of paragraph 54 of the FAC.

55. Logicube is without knowledge and information sufficient to form a belief as to the allegations of paragraph 55 of the FAC.

56. Logicube is without knowledge and information sufficient to form a belief as to the allegations of paragraph 56 of the FAC.

57. Logicube is without knowledge and information sufficient to form a belief as to the allegations of paragraph 57 of the FAC.

## AFFIRMATIVE DEFENSES

58. Logicube states the following defenses. Logicube does not waive any unstated defenses. Logicube expressly reserves the right to allege and assert additional defenses.

## FIRST AFFIRMATIVE DEFENSE

### (Noninfringement)

59. Devices sold by Logicube do not infringe any claims of the patents in suit, either directly or indirectly, or by inducement or contributorily.

## SECOND AFFIRMATIVE DEFENSE

### (Patents are Invalid and/or Unenforceable)

60. The claims of the patents in suit are invalid and/or unenforceable for failure to satisfy one or more of the conditions of patentability, including those set forth in 35 U.S.C. §§ 101, 102, 103, and/or 112.

## THIRD AFFIRMATIVE DEFENSE

### (U.S. Patent 6,813,682 is Invalid and/or Unenforceable)

61. The claims of U.S. patent 6,813,682 are invalid and/or unenforceable because they cannot be performed as there are no commands that "permanently modify a state of the storage device" such that all commands are forwarded to the storage device.

## FOURTH AFFIRMATIVE DEFENSE

### (U.S. Patent 7,159,086 is Invalid and/or Unenforceable)

62. The claims of U.S. patent 7,159,086 are invalid and/or unenforceable be-cause they are obvious from U.S. Patent Publication no. 20020133714 in view of U.S. Patent 5,777,811. 35 U.S.C. § 103.

## FIFTH AFFIRMATIVE DEFENSE

### (Claim Scope Limited During Prosecution)

63. Upon information and belief, by reason of statements made during prosecution of the asserted patents before the U.S. Patent and Trademark Office, MyKey is estopped from asserting that the claims of the patents in suit have a scope sufficient to cover any and/or all of the accused products offered by Logicube.

## SIXTH AFFIRMATIVE DEFENSE

### (Failure to Mark)

64. MyKey did not properly mark its products with the pertinent U.S. patent numbers and is therefore not entitled to claim damages or seek relief for the time period prior to filing the FAC. 35 U.S.C. § 287.

## SEVENTH AFFIRMATIVE DEFENSE

### (Equitable Estoppel)

65. Upon information and belief, MyKey is equitably estopped from asserting or has waived any right to assert infringement of the patents in suit against Logicube.

## EIGHTH AFFIRMATIVE DEFENSE

### (No Injunctive Relief)

66. MyKey's prayer for injunctive relief must be dismissed because MyKey has an adequate remedy at law.

## NINTH AFFIRMATIVE DEFENSE

### (Estoppel, Laches and/or Unclean Hands)

67. Upon information and belief, MyKey is barred by estoppel, laches, and/or unclean hands from asserting or has waived any right to assert infringement of the patents in suit against Logicube.

## TENTH AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

68. MyKey is not entitled to any recovery against Logicube because MyKey fails to state a claim for which relief may be granted.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Improper Forum and Improper Defendant)

69. As Logicube sells products to U.S. Federal Government agencies, and one of those products is referenced in the FAC, pursuant to 28 U.S.C. §1498(a) MyKey's remedy shall be by action against the United States in the United States Court of Federal Claims such that the appropriate forum for the allegations in the FAC is the Federal Court of Claims.

70. Logicube Reserves the right to supplement this Answer with additional affirmative defense revealed during the course of discovery.

### **Prayer for Relief**

Wherefore, Defendant and counterclaimant Logicube requests that this court:

1. Hold that all claims of the '682 patent are invalid.

2. Hold that all claims of the '086 patent are invalid.

3. Hold that Logicube does not infringe the '682 patent.

4. Hold that Logicube does not infringe the '086 patent.

5. Dismiss the FAC as the appropriate forum is the Federal Court of Claims pursuant to 28 U.S.C. §1498(a).

6. Deny any relief against Logicube requested by MyKey in the FAC.

7. Award Logicube its costs and disbursements

8. Hold that this is an exceptional case and award Logicube its attorney's fees, costs and expenses, with interest, pursuant to 35 USC § 285.

9. Award Logicube any other and further relief as the court may deem appropriate.

October 14, 2011

Of counsel:
Michael D. Harris, Cal. Bar No. 59,470
mharris@socalip.com
Mark A. Goldstein, Cal. Bar No. 175,318
mgoldstein@socalip.com
Jonathan Pearce, Cal. Bar No. 245,776
jpearce@socalip.com
SoCal IP Law Group llp
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

/s/ Daniel A. Griffith
Daniel A. Griffith, Esquire (#4209)
1220 N. Market Street – Suite 608
Wilmington, DE 19801
Phone: (302) 357-3254
dgriffith@wtplaw.com

Attorneys for Defendant Logicube, Inc.