IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MYKEY TECHNOLOGY INC., : | |
| Plaintiff, : | |
| v. : | Civil Action No. 11-443-RGA |
| CPR TOLLS INC., et al., : | |
| Defendants. : | |

**ORDER**

In this patent infringement lawsuit, the defendant ICS has filed a motion to dismiss for lack of personal jurisdiction. (D.I. 47). The Court allowed jurisdictional discovery, which has resulted in a clarification of the issue. (D.I. 70, 71). The defendant is not a Delaware corporation. The defendant has not sold the infringing products in Delaware. There is no evidence that the infringing products have ever been shipped to Delaware. The plaintiff concedes that there is no general jurisdiction over the defendant. The plaintiff argues that there is specific jurisdiction over the defendant because it has offered to sell the infringing products to Delawareans. It has done this by having an interactive website over which a Delawarean could have purchased the infringing products. This is not a sufficient basis on which to exercise jurisdiction over the defendant. *See AFTG-TG, LLC v. Nuvoton Tech. Corp.*, 2012 WL 3631230, *1 (Fed. Cir. Aug. 24, 2012) (setting forth specific jurisdiction standard); *id.* at *5 ("case is not a close call").

Thus, this 10th day of September 2012, IT IS HEREBY ORDERED that:

1. The motion to dismiss for lack of personal jurisdiction (D.I. 47) is **GRANTED**.

2. Defendant ICS's motion to transfer (D.I. 79) is **DISMISSED AS MOOT**.

*[signature]*
United States District Judge