IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MYKEY TECHNOLOGY INC., : | |
| Plaintiff, : | |
| v. : | Civil Action No. 11-443-RGA |
| CPR TOLLS INC., et al., : | |
| Defendants. : | |

**ORDER**

The Plaintiff has moved to transfer this case to the United States District Court for the District of Maryland. (D.I. 72). The Plaintiff represents that the Defendants CPR Tools, Inc., and Logicube, Inc., do not object to this request. Indeed, the only opposition has been from the third defendant, Intelligent Computer Solutions, Inc. That objection is now moot as Intelligent Computer Systems has been dismissed from the case for lack of personal jurisdiction.

The Plaintiff's request to transfer was made pursuant to 28 U.S.C. § 1404(a). While under the statute as recently amended, venue could be changed based solely on the agreement of the parties, the amendment's effective date means that it does not apply to this case. The jurisdictional allegations in the Plaintiff's Brief (D.I. 73) as to why there would be personal jursidiction in Maryland are rather sparse, but they are also uncontested by Defendants CPR Tools and Logicube. It appears that this is a civil action that could have been brought in the District of Maryland.

Thus, this 10th day of September 2012, the motion to transfer (D.I. 72) is **GRANTED**,

and IT IS HEREBY ORDERED that pursuant to 28 U.S.C. §1404(a), the case against Defendants CPR Tools, Inc., and Logicube, Inc. is **TRANSFERRED** to the United States District Court for the District of Maryland.

_____
United States District Judge