

**Potter Anderson Corroon** LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

October 11, 2012

___ FILED  ___ ENTERED
___ LOGGED  ___ RECEIVED

OCT 15 2012

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

Felicia C. Cannon, Clerk of the Court
United States District Court
District of Maryland
200 U.S. Courthouse
6500 Cherrywood Lane
Greenbelt, Maryland 20770

Re: *MyKey Technology Inc. v. CPR Tools Inc., et al.*
RWT 12-cv-2841

Dear Ms. Cannon:

In response to the notice that our office received in the above-captioned action, we are writing to inform the Court that Richard L. Horwitz and David E. Moore will not be entering appearances in this action.

Respectfully,

*/s/ Richard L. Horwitz*

Richard L. Horwitz

-and-

*/s/ David E. Moore*

David E. Moore

DEM:nmt
1078897