UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

October 23, 2012

MEMO TO COUNSEL RE:  MyKey Technology v. TEFKAT
Civil No. JFM-12-1468

MyKey Technology v. Intelligent Computer Solutions
Civil No. JFM-12-2719

MyKey Technology v. CPR Tools Inc.
Civil No. JFM-12-2841

Dear Counsel:

A conference call will be held on   November 13, 2012   at   4:30   p.m. to discuss the appropriate schedule in this case.  Counsel should consult the Local Rules with regard to scheduling conferences in patent cases.  I ask counsel for plaintiff to initiate the call.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge