UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

November 14, 2012

MEMO TO COUNSEL RE:  MyKey Technology v. TEFKAT
Civil No. JFM-12-1468

MyKey Technology v. Intelligent Computer Solutions
Civil No. JFM-12-2719

MyKey Technology v. CPR Tools Inc.
Civil No. JFM-12-2841

Dear Counsel:

This will confirm, as we discussed during the conference held on November 13, 2012, that the deadline for plaintiff to file an opposition to ICS's motion to transfer venue or to dismiss is extended to November 30, 2012.  The deadline for ICS's reply is likewise extended to December 14, 2012.

This will also confirm, as we discussed, that I will withhold the issuance of a scheduling order until I have ruled upon ICS's motion.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge