**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |  |  |
|---|---|---|---|
| MyKey Technology, Inc., | * |  |  |
| vs. | * | **Case No.** | 8:12-cv-02841 |
| CPR Tools Inc., et al. | * |  |  |
|  | ****** |  |  |

**ENTRY OF APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for:

Defendant and Counter Claimant Logicube Inc.

I certify that I am admitted to practice in this court.

| January 2, 2013 | /s/ Giselle K. Fuentes |
|---|---|
| *Date* | *Signature of Counsel* |
|  | Giselle K. Fuentes    18209 |
|  | *Print Name*    *Bar Number* |
|  | Arnold & Porter LLP |
|  | *Firm Name* |
|  | 555 Twelfth Street, N.W. |
|  | *Address* |
|  | Washington DC 20004-1206 |
|  | *City/State/Zip* |
|  | (202) 942-5182 |
|  | *Phone No.* |
|  | (202) 942-5999 |
|  | *Fax No.* |
|  | Giselle.Fuentes@Aporter.com |
|  | *Email Address* |