IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MyKey Technology, Inc.,      *
      **Plaintiff(s)**
                              *     Case No.: 8:12-cv-02841

vs.
                              *

CPR Tools Inc., et al.
      **Defendant(s)**     *

******

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Giselle K. Fuentes, am a member in good standing of the bar of this Court.

My bar number is 18209. I am moving the admission of Michael A. Berta

Three Embarcadero Center, 7th Floor, San Francisco, CA 94111 to appear *pro hac vice* in this case as counsel for Logicube Inc.

    We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| California State Bar (194650)  March 1998 | USDC California, Northern District  August 18, 2000 |
|  | USDC California, Central District July 18, 2005 |
|  | USDC Colorado  November 15, 2011 |
|  | USDC California, Southern District Jan 2011 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5.  The proposed admittee is familiar with the Maryland Lawyers' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6.  The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7.  Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8.  **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

9.  We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| /s/ Giselle K. Fuentes | |
| Signature | Signature |
| Giselle K. Fuentes | Michael A. Berta |
| Printed Name | Printed Name |
| Arnold & Porter LLP | Arnold & Porter LLP |
| Firm | Firm |
| 555 Twelfth Street, N.W. | Three Embarcadero Center, 7th Floor |
| Address | Address |
| Washington DC 20004-1206 | San Francisco, CA  94111 |
| City, State, Zip Code | City, State, Zip Code |
| (202) 942-5182 | (415) 471-3100 |
| Telephone Number | Telephone Number |
| (202) 942-5999 | (415) 471-3400 |
| Fax Number | Fax Number |
| Giselle.Fuentes@Aporter.com | Michael.Berta@Aporter.com |
| Email Address | Email Address |