IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MYKEY TECHNOLOGY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 8:12-cv-02841-JFM |
| | ) |
| CPR TOOLS, INC., and LOGICUBE, INC., | ) |
| | ) |
| Defendants. | ) |

**DECLARATION OF FARID EMRANI IN SUPPORT OF
LOGICUBE, INC.'S MOTION TO TRANSFER
<u>VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA</u>**

I, Farid Emrani, hereby declare as follows:

1. I am the President and CEO of Logicube, Inc. ("Logicube"). I have served as an officer of the company since at least 2006.

2. Logicube manufactures and sells hard drive duplication and forensic acquisition hardware.

3. Logicube is a California corporation, having its principal place of business in Chatsworth, California. Logicube also has offices in San Diego, California. Logicube has no facilities or other place of business outside of the state of California.

4. Logicube has been in business for 20 years and in that time has accumulated a significant volume of hard copy and electronic documents and also product samples which are kept at Logicube's facilities in California.

5. Logicube has a total of 29 employees, all of which are located in California. Having to interrupt Logicube's business operations to have its personnel attend trial or other court appearances at such a great distance would be both prohibitively expensive and also disruptive to the company's operations.

6. The operations of the Logicube "Forensic Dossier," which is the accused product in this matter, is controlled by software which is proprietary to Logicube and contains extremely confidential information.

7. Logicube develops and manufactures its own products. They are separate and distinct from those of the defendants in any other cases filed by MyKey.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

*[signature]*

Dated: February 15, 2013